# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Lourdes Chaar-Padin,<br><br>Plaintiff,<br><br>v.<br><br>Department of Education of Puerto Rico,<br><br>Defendants. | **Civil No. 24-1351 (GMM)** |

### JUDGMENT

In accordance with the Order issued today (Docket No. 27), judgment is hereby entered administratively closing this case.

This matter will remain closed for statistical purposes and may be reopened upon motion informing of judicial developments.

IT IS SO ORDERED

In San Juan, Puerto Rico, March 26, 2025.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE
